GARY M. RESTAINO
United States Attorney
District of Arizona
ALICIA RENEE QUEZADA
Assistant United States Attorney
State Bar No.: 026972
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: alicia.quezada@usdoj.gov
Attorneys for Plaintiff

FILED

2021 DEC 22 PM 12: 04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-03223 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | |
| vs. | Violation: |
| Jose Alberto Samayoa-Alvarez, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) |
| Defendant. | (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about November 27, 2021, in the District of Arizona, to wit: at or near San Miguel, Jose Alberto Samayoa-Alvarez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Miami, Florida, on or about May 30, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department of

/ / /

1 Homeland Security to reapply for admission thereto; in violation of Title 8, United States
2 Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   December 22, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

ALICIA RENEE QUEZADA
Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE