# BLUM LAW FIRM
**CHERYL INZUNZA BLUM, ESQ.**

P. O. BOX 42558
TUCSON, ARIZONA 85733
TELEPHONE: (520) 3260-0478

cblum@blumlegal.net

CHERYL INZUNZA BLUM, SB # 015389 / PCC # 64820
ATTORNEY FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br>  vs.<br>Jose Alberto Samayoa-Alvarez,<br>  Defendant. | **21-CR-3223-RM-JR**<br><br>**REQUEST FOR ORDER THAT U.S. MARSHALS SERVE SUBPOENA** |

Counsel undersigned below, on behalf of defendant, Mr. Samayoa-Alvarez, requests that this Court order the United States Marshals Office to serve a subpoena on Corecivic, or CAFCC, in Florence, Arizona.

The purpose of the subpoena is to obtain information that the prison will only provide via a subpoena. This information is needed in preparation for the sentencing hearing in the defendant's case.

As ordered by this Court when the parties appeared before it on February 10, 2022, defense counsel and AUSA, had a telephonic discussion with representatives of Corecivic on February 11, 2022. At that meeting, counsel asked the Executive

-1-

Assistant Marie Rolfsmeier how to obtain information about the grievance procedure in the prison.  It was explained that counsel had to exhaust administrative remedies before asking relief from the District Court.  Ms. Rolfsmeier explained that Mr. Samayoa could file a grievance regarding his being housed in solitary confinement by filling out a form at the prison.  She said also that upon receiving the response from the prison, he could appeal that decision by completing a portion at the bottom of the page with the decision.  When undersigned counsel asked if an attorney could assist a client to complete these two steps, Ms. Rolfsmeier said that was prohibited.

The undersigned inquired if she could see the form with the grievance and the decision, and the appeal and Ms. Rolfsmeier said that Mr. Samayoa is not allowed to bring the form to her at their in-person visits and that he would have to mail it.  Ms. Rolfsmeier said the prison staff would help Mr. Samayoa mail the undersigned the grievance form(s).

Counsel has relayed this to Mr. Samayoa, who then tried very hard to obtain an envelope with which to mail this evidence that administrative remedies have been exhausted, to the undersigned defense attorney.  When he contacted counsel to inform that he couldn't get an envelope, counsel mailed him one, but also emailed Ms. Rolfsmeier and copied AUSA Quezada on the email.

Counsel has emailed Ms. Rolfsmeier because when counsel asked for the name of Mr. Samayoa's case manager, Ms. Rolfsmeier instructed that all communications should go through her.  Thus, even at this point in this case, counsel has been unable to learn who her client's case manager is.   Ms. Rolfsmeier has informed counsel that an envelope was provided to her client.

Notably, Ms. Rolfsmeier said during the telephone conference that any information relating to Corecivic's housing policies and specifically the documents regarding the decision made to continue keeping Mr. Samayoa in solitary confinement, can only be released to counsel with a subpoena. Therefore, undersigned counsel has drafted and obtained a subpoena which must now be served on Corecivic. In the interest of time, attempting to privately hire a process server to serve the subpoena would be costly and possibly ineffective. Therefore, given the difficulty of obtaining information outside of the subpoena process, the undersigned attorney begs this Court to issue an Order requesting that the U.S. Marshals serve the subpoena on Corecivic.

The information obtained will be used in preparation for sentencing in this case and because Mr. Samayoa has been in solitary confinement since his arrest on November 27, 2021, over 97 days ago and counting.

Respectfully submitted this 2nd of March, 2022.

**BLUM LAW FIRM**

s/*Cheryl Inzunza Blum*
Attorney for Defendant

Copies served via ECF